237 So.2d 890

STATE of Louisiana ex rel.
David DURAND

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 50800.

Aug. 17, 1970.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.